STATE of Missouri, Respondent,

v.

Nathan D. YOUNG, Appellant.

No. WD 38712.

Missouri Court of Appeals,
Western District.

May 26, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 4, 1987.

Janet M. Thompson, Columbia, for appellant.

William Webster, Atty. Gen., Jeffrey Philip Dix, Asst. Atty. Gen., Jefferson City, for respondent.

Before GAITAN, P.J., and
MANFORD and NUGENT, JJ.

### ORDER

PER CURIAM.

Appeal from jury trial conviction of possession of a controlled substance, in violation of § 195.020, RSMo.Supp.1984.

Judgment affirmed. Rule 30.25(b).